FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 17 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| *v.* | Criminal Action No. |
| JULIE EDWARDS | 1:26-cr-060-TRJ |

I, Julie Edwards, the above-named defendant, who is accused of money laundering, in violation of 18 U.S.C. § 1957, and having been advised of the nature of the charge, the proposed information, and of my rights, hereby waive on February 17, 2026 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Julie Edwards
Defendant

Mark Jeffrey
Counsel for Defendant

Before
Judicial Officer