# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:26-cr-00060-TRJ
## USA v. Edwards
## Honorable Tiffany R. Johnson

Minute Sheet for proceedings held In Open Court on 03/24/2026.

TIME COURT COMMENCED: 11:15 A.M.
TIME COURT CONCLUDED: 11:50 A.M.
TIME IN COURT: 00:40
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Britney Rodgers

| | |
|---|---|
| DEFENDANT(S): | [1] Julie Edwards Present at proceedings |
| ATTORNEY(S) PRESENT: | Mark Jeffrey representing Julie Edwards<br>** Kelly Connors representing USA |
| PROCEEDING CATEGORY: | Change of Plea |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Change of Plea hearing held on March 24, 2026. Defendant was sworn, advised of rights, and a guilty plea was entered as to the Sole Count of the Information pursuant to a plea agreement. Guilty Plea and Plea Agreement filed in open court. The Court accepted the plea as knowingly and voluntarily entered. Sentencing will be set separately. To the extent any objections to the PSR are unresolved, the parties must file a sentencing memo, due 3 business days prior to sentencing. Defendant is to remain on bond under the same conditions until the date of sentencing. |
| HEARING STATUS: | Hearing Concluded |